Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NANCY L. JAMES, Chapter 7 Trustee<br><br>Plaintiff(s),<br>v.<br><br>JAMES C. PATON, et al.,<br><br>Defendant(s). | NO. 2:15-cv-01914 RSL<br><br>DECLARATION OF MARY C. EKLUND IN SUPPORT OF CLARK NUBER'S SURREPLY TO PLAINTIFF'S REPLY TO CLARK NUBER'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM CLARK NUBER & THE PATON DEFENDANTS<br><br>NOTED ON MOTION CALENDAR:<br>August 5, 2016 |

Mary C. Eklund, under penalty of perjury under the laws of the State of Washington, hereby declares and states as follows:

1. I am over the age of 21, am one of the attorneys of record for defendant Clark Nuber, P.S. ("Clark Nuber") and as such am qualified to make this declaration.

2. Attached as Exhibit A are true and correct copies of emails from Clark Nuber's counsel to plaintiff's counsel on April 6 and 7, 2016,[1] specifically, Exhibit A-1 (email from William Fitzharris to Manish Borde, dated April 6, 2016), Exhibit A-2 (email from Manish Borde to William Fitzharris, dated April 6, 2016) and Exhibit A-3 (email from William Fitzharris to Manish

---

[1] For security reasons, the specific user access information has been redacted from the exhibit copies but it was fully visible to plaintiff's counsel and expert witnesses in the original emails.

DECLARATION OF MARY C. EKLUND IN SUPPORT OF CLARK NUBER'S SURREPLY - 1
10425-0064  Dec of Eklund iso CN Surreply
Case No. 15-1914 RSL

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

Borde, dated April 7, 2016). Plaintiff's claim is false that the April 6, 2016 email offering remote access to the electronic workpapers "would only be available for a week." Dkt #232 at 2. There is no time period for access or availability stated in any of the emails from Clark Nuber's counsel.

3. Attached as Exhibit B are true and correct copies of additional transcript pages from the deposition of Victoria Kitts, taken on June 28, 2016, reflecting just one of several conversations between plaintiff's counsel and defense counsel during the deposition of this and other Clark Nuber witnesses in which defense counsel repeatedly identified the "availability" and location of Clark Nuber's audit workpapers, including electronic copies, if plaintiff's counsel wished to print them for use in the depositions. Plaintiff's claim is false that "these materials" were not "offered to solve the problems witnesses" were having trying to answer questions by plaintiff's counsel. Also, Ms. Kitts was deposed by plaintiff's counsel alone for over 7 hours on June 28 2016, and she was deposed again by the Paton defense counsel on July 12, 2016, for another 5 hours or so, at the end of which plaintiff's counsel declined to ask further questions.

4. Attached as Exhibit C-1 is a true and correct copy of the Amended Notice for 30(b)(6) Deposition of Clark Nuber, P.S., served July 20, 2016. Attached as Exhibit C-2 is a true and correct copy of the entire transcript of the *second* Rule 30(b)(6) deposition of Clark Nuber shareholder, Matt Medlin, taken at the unilateral demand of plaintiff's counsel on July 21, 2016, in Salt Lake City, Utah, while Mr. Medlin was on a business trip.[2] In that deposition, Mr. Medlin was asked and did identify by Bates numbers each and every audit workpaper in the Clark Nuber electronic files, which files had first been produced in hard copy with Bates numbers on all pages to plaintiff's counsel in March 2015 and which plaintiff's counsel was free

---

[2] Mr. Medlin had already appeared for a full 7 hour day for his first Rule 30(b)(6) deposition by plaintiff on June 1, 2016. Mr. Medlin was then forced to stop his own business commitments on July 21, *while out of town*, because plaintiff refused to schedule Mr. Medlin's second deposition at a mutually convenient time for the witness or his counsel, despite repeated requests by defense counsel.

DECLARATION OF MARY C. EKLUND IN SUPPORT
OF CLARK NUBER'S SURREPLY - 2
10425-0064  Dec of Eklund iso CN Surreply
Case No. 15-1914 RSL

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

to print again, directly from the Clark Nuber electronic files, at any time from April 7 through June 30, 2016 – the *3 month period* in which they and their expert witnesses were given free 24/7 access to those electronic workpapers.  *See* Dkt #224 (Henley Declaration, dated August 1, 2016, ¶ 4).  Plaintiff again seriously misleads this Court in claiming there is "no means of identifying" the audit workpapers to print for the Lee or any other Clark Nuber deposition or even what are "the essential and relevant workpapers for reference [for their] deposition questions" since each audit workpaper has a title on it, (as described by Mr. Medlin in his deposition – see Exhibit C-2) and, if plaintiff's counsel are unable to understand the plain English titles used, they could certainly have asked one of their several CPA expert witnesses at the Brueggeman Johnson accounting firm, to assist them.  Exhibits A-2 and A-3 to this declaration show this public accounting firm as well as plaintiff's counsel were given free access to the Clark Nuber electronic records on April 7, 2016, and, as such, either firm could have printed free of charge every single page of those electronic records on a daily basis, 24/7, over the next three months. *See* Dkt #224 (Henley Dec, ¶ 4).

DATED this 5th day of August, 2016.

PREG O'DONNELL & GILLETT PLLC

By /s/ Mary C. Eklund
   Mary C. Eklund, WSBA #12416
Attorneys for Defendant Clark Nuber, P.S.
901 Fifth Avenue, Suite 3400
Seattle, Washington 98164
meklund@pregodonnell.com

DECLARATION OF MARY C. EKLUND IN SUPPORT OF CLARK NUBER'S SURREPLY - 3
10425-0064  Dec of Eklund iso CN Surreply
Case No. 15-1914 RSL

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

**DECLARATION OF SERVICE**

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Plaintiff Nancy L. James, Chapter 7 Trustee**:
Manish Borde, Esq. WSBA #39503
Scott B. Henrie, Esq.
Williams, Kastner & Gibbs PLLC
*mborde@williamskastner.com*

**Counsel for Defendants Tracy Vincent (fka Tracy Anderson-Shaw) and Martin Vincent; Jerri Wood and Jeffrey Wood**:
Jeffrey L. Smoot, Esq.
Melia A. Preedy, Esq. WSBA #47940
Oles Morrison Rinker & Baker LLP
*smoot@oles.com*

**Counsel for Defendant/Third-party Plaintiff Legacy Telemarketing Corp., James C. Paton and Jeanne M. Paton, The Shirehaven Trust, Paton Properties, LLC**:
Aric S. Bomsztyk, Esq.
Shira Zucker, Esq.
Barokas Martin & Tomlinson
*asb@bmatlaw.com*

**Counsel for Defendants Jeannette Tomanka and John Doe Tomanka**:
Jane Pearson, Esq. WSBA #16285
Jason R. Donovan, Esq. WSBA #40994
Foster Pepper PLLC
*pearj@foster.com*

**Counsel for Defendants Joyce Bottenberg and Norman Bottenberg**:
Richard J. Wotipka, Esq.
Broadway Law Group
*rjw@bwseattlelaw.com*

**Counsel for Defendants James Sheehan and Jane Doe Sheehan**:
Michael A. Patterson, Esq.
Andrew M. Weinberg, Esq.
Patterson, Buchanan, Fobes, Leitch & Kalzer, Inc., P.S.
*map@pattersonbuchanan.com*

DATED at Seattle, Washington, this 5th day of August, 2016.

/s/ Lisa Jager
Lisa Jager, Legal Assistant

DECLARATION OF MARY C. EKLUND IN SUPPORT OF CLARK NUBER'S SURREPLY - 4
10425-0064  Dec of Eklund iso CN Surreply
Case No. 15-1914 RSL

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113