UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
NANCY L. JAMES, Chapter 7 Trustee  )
                                   )   Civil Case No. C15-1914RSL
            Plaintiff,             )
      v.                           )
                                   )   ORDER GRANTING BOTTENBERG'S
JAMES C. PATON, *et al.*,          )   REQUEST FOR INDEMNIFICATION
                                   )
            Defendants.            )
_____)

This matter comes before the Court on defendant "Bottenberg's Motion for Summary Judgment on Counterclaim for Indemnification." Dkt. # 170. The motion is unopposed and therefore GRANTED. Bottenberg is entitled to indemnification from the bankruptcy estate of the Breast Cancer Prevention Fund and has incurred reasonable fees and costs in the amount of $34,963.10.

Dated this 14th day of November, 2016.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REGARDING BOTTENBERG'S
REQUEST FOR INDEMNIFICATION - 1