UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
NANCY L. JAMES, Chapter 7 Trustee   )
                                    )   Civil Case No. C15-1914RSL
            Plaintiff,              )
    v.                              )
                                    )   ORDER STAYING CASE
JAMES C. PATON, *et al.*,           )
                                    )
            Defendants.             )
_____)

This matter comes before the Court *sua sponte*. Being fully informed of the primary issues in this case and of the overlap between the Attorney General's proof of claim in In re Breast Cancer Prevention Fund, Case No. 13-16150-MLB,[1] and the trustee's damages in this action, the Court finds that the validity of and objections to the Attorney General's claim should be resolved in the bankruptcy action prior to any attempt to establish causation or allocate fault in this matter. This matter is therefore STAYED. The parties shall file a joint status report within twenty-one days of The Honorable Marc L. Barreca's order regarding the validity of and objections to the Attorney General's proof of claim.

//

---

[1] Defendants' motion to strike the trustee's request for judicial notice (Dkt. # 327) is DENIED. The Court has taken judicial notice of the documents filed in the underlying bankruptcy proceeding.

ORDER STAYING CASE - 1

1   Dated this 25th day of January, 2017.

*MrS Lasnik*

Robert S. Lasnik
United States District Judge

ORDER STAYING CASE - 2