UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                    )
NANCY L. JAMES, Chapter 7 Trustee  )
                                                    )   Civil Case No. C15-1914RSL
                         Plaintiff,             )
        v.                                        )
                                                    )   ORDER DENYING MOTION FOR
JAMES C. PATON, *et al.*,              )   RECONSIDERATION
                                                    )
                         Defendants.        )
_____)

On January 25, 2017, the Court stayed the above-captioned matter so that the validity and scope of the Attorney General's claim in In re Breast Cancer Prevention Fund, Case No. 13-16150-MLB, could be resolved before the parties invest any more time or money establishing causation and/or damages in this proceeding. The trustee seeks to reopen this case so that she can seek a determination of damages arising from a single claim against a single defendant and to request entry of a partial judgment thereon. The motion is DENIED. The Court has already established that a breach of fiduciary duty occurred: to the extent the trustee hopes that findings in this matter will encourage settlement, that determination is sufficient. The trustee has not shown that the entry of a partial judgment is appropriate under Fed. R. Civ. P. 54(b).

//

ORDER DENYING MOTION FOR
RECONSIDERATION - 1

1   Dated this 8th day of February, 2017.

3   *MWS Lasnik*

4   Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
RECONSIDERATION - 2