The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NANCY L. JAMES, Chapter 7 Trustee,<br><br>　　　　Plaintiff.<br><br>　v.<br><br>JAMES C. PATON, ET AL.;<br><br>　　　　Defendants. | Civil Case No. C15-1914 RSL<br><br>~~PROPOSED~~ AGREED ORDER OF DISMISSAL |

Based upon the stipulation by the parties, it is hereby ORDERED AND ADJUDGED that the above-captioned lawsuit/adversary proceeding be dismissed with prejudice and without costs or fees awarded to any party.

DATED this 6th day of December, 2017.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

~~PROPOSED~~ AGREED ORDER OF DISMISSAL - 1
( C15-1914 RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6250735.2